# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3423

_____

United States of America

*Plaintiff - Appellee*

v.

Shane Dean See Walker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: April 2, 2026
Filed: April 7, 2026
[Unpublished]

_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Shane Dean See Walker appeals after the district court[1] revoked his supervised release and sentenced him to a prison term of 24 months and two additional months

---

[1]The Honorable Daniel M. Traynor, United States District Judge for the District of North Dakota.

of supervised release. After careful review, we conclude that the district court did not abuse its discretion in imposing the sentence. *See United States v. Richey*, 758 F.3d 999, 1001 (8th Cir. 2014) (standard of review); *United States v. Maluoth*, 121 F.4th 1158, 1163 (8th Cir. 2024) (district court abuses its discretion when it fails to consider relevant factor that should have received significant weight, gives significant weight to improper or irrelevant factor, or considers only appropriate factors but in weighing them commits clear error of judgment). The district court considered the relevant factors and the record evidence supported the sentence imposed. *See United States v. Misquadace*, 778 F.3d 717, 719 (8th Cir. 2015) (per curiam) (district courts have wide latitude to weigh the relevant factors and assign some greater weight than others in determining appropriate sentence); *United States v. Rodd*, 966 F.3d 740, 748 (8th Cir. 2020) (district court presumed to have considered mitigating factors advanced by defendant).

Accordingly, we affirm.

_____